AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

USA

vs.

(1) ADELSO ALEXANDER MORALES-CRUZ

CRIMINAL COMPLAINT
CASE NUMBER: EP:25-M -03145(1) - MAT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 4, 2025** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Adelso Alexander MORALES-Cruz, an alien to the United States and a citizen of El Salvador was found approximately 4.85 miles east of the Bridge of the Americas Port of Entry in El Paso, Texas in the Western District of "

Continued on the attached sheet and made a part hereof:  [X] Yes  [ ] No
Sworn to before me,

/S/ Ceniceros, Roberto B.
Signature of Complainant
Border Patrol Agent

June 6, 2025
Date

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

at EL PASO, Texas
City and State

_(signature)_
Signature of Judge
**OATH TELEPHONICALLY SWORN AT 02:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) ADELSO ALEXANDER MORALES-CRUZ

FACTS   (CONTINUED)

Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of El Salvador, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to El Salvador on 05/17/2024 through Alexandria, LA. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 2 times, the last one being to EL SALVADOR on May 17, 2024, through ALEXANDRIA, LA.

CRIMINAL HISTORY:
03/03/2008, TIPPCANOE, INDIANA, Operating W/O ever receiving a license(M), CNV, 60 Days Jail/6 Months Probation.
10/23/2021, WHITE COUNTY, INDIANA, DWI(M), CNV, 350 DAYS JAIL.
03/03/2022, WHITE COUNTY, INDIANA, DWI/ENDANGERING A PERSON(M), ACC, UNKNOWN.